

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-13-00384-CR &
04-13-00387-CR

Ruben **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2012CR6134 & 2012CR6135
Honorable Mary D. Roman, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED AS MODIFIED. We order the trial court's judgment modified to delete the imposition of attorney's fees.

SIGNED March 12, 2014.

_____
Marialyn Barnard, Justice